IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUL 12 PM 3:09

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W D OF TN.-JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Cr. No. 05-10047-T

DENNIS CHUMNEY,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on July 12, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:         Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                                                         _S. Thomas Anderson_
                                                                         S. THOMAS ANDERSON
                                                                         United States Magistrate Judge

Charges:      felon in possession of a firearm

Assistant U.S. Attorney assigned to case:  Powell

Rule 32 was not waived.

Defendant's age:  _46_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _07-13-05_

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10047 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT