IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.

05 SEP -6 PM 2:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA

vs                                             Criminal No. 1:05-10047-01-T

DENNIS CHUMNEY

ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

At the request of counsel, the trial date in the above styled matter is hereby continued to allow counsel for the defendant additional time to prepare.. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **reset** the **REPORT DATE/MOTION HEARING** for **Monday, September 26, 2005 at 8:30 A.M.** and the **TRIAL DATE** for **Monday, October 3, 2005, at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of September 14, 2005, to October 3, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A)(B) and (h)(8)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 6 September 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10047 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT